1076

[No. 20501-7-II.     Division Two.     September 26, 1997.]

DELCIE-LEE SMITH, *Appellant*, v. DONALD E. FOURRE,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-06376-1, Thomas R. Sauriol, J., entered February 16, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 20503-3-II.     Division Two.     September 26, 1997.]

*In the Matter of the Marriage of* WILLIAM C.
SHOEMAKER, *Appellant*, and KERRY L. O'CONNELL,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-3-04611-9, Waldo F. Stone, J., entered March 1, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 20525-4-II.     Division Two.     September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER
CAMERON PIPER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00702-1, James E.F.X. Warme, J., entered March 20, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20588-2-II.     Division Two.     September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK B.
TRESCH, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 95-1-00093-1, Tom Reynolds, J., entered April 11, 1996. *Reversed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Bridgewater, J.